UNITED TEXTILE PRINT WORKS, Plaintiff, Appellant, *v.* BLACK KNITTING MILLS, INC., Defendant, Respondent.

Supreme Court, Appellate Term, First Department, June 3, 1924.

**Judgments — default — absence of facts to entitle defendant to open default warranted denial of motion.**

A motion by the defendant to open a default after an inquest will be denied where it appears that an adjournment was refused defendant's attorney and the inquest was taken one hour after he had concluded a professional engagement in another court in the same city and where it further appears that he failed to have his witnesses present when the inquest was called and made no effort to be in attendance himself.

APPEAL by plaintiff from an order of the Municipal Court of the city of New York, borough of Manhattan, first district, vacating a judgment in favor of plaintiff taken on an inquest.

*Harry A. Gair,* for the appellant.

*Abraham Shabshelowitz,* for the respondent.

*Per Curiam.* This action was first on the calendar of the court below on January 8, 1924, and on defendant's request, it was adjourned to February fifth. Defendant secured a further adjournment to March fourth. On that date a representative of defendant's

attorney appeared in court and requested an adjournment on an affidavit that defendant's attorney would be actually engaged in the trial of a case in the Magistrate's Court on that day. The adjournment was refused and the inquest was taken at twelve-thirty o'clock P. M. It appears that defendant's attorney had finished in the Magistrate's Court at eleven-thirty o'clock A. M., his case having been adjourned. He did not have his witnesses present at the Municipal Court where this action was to be tried and made no effort to come there himself. Defendant's attorney made a motion to open the default and same was denied, but was subsequently granted upon a reargument on payment of ten dollars costs. No facts appear which entitled the defendant to have its default opened.

Order reversed, with ten dollars costs, and judgment reinstated.

All concur; present, GUY, GAVEGAN and MITCHELL, JJ.

Order reversed and judgment reinstated.